IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : <br> NAVY CHAPLAINCY : <br> :   Misc. Action No. 07mc269 (RMU) <br> : <br> _____: | |

**DEFENDANTS' CONSENT MOTION FOR A THREE DAY EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' RENEWED MOTION
FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), and with the consent of the plaintiffs, defendants move the Court for a three day extension in the time to file a response to Plaintiffs' Renewed Motion for a Preliminary Injunction Following Remand Addressing Defendants' Denominational Preference in Retaining Catholic Chaplains on Active Duty Past Their Statutory Separation Ages [docket no. 3]. In support thereof, defendants state as follows:

1. Pursuant to LCvR 7.1 (m), undersigned defendants' counsel contacted counsel for plaintiffs regarding this request for an extension of time. Plaintiffs' counsel informed undersigned counsel that plaintiffs consent to and do not oppose the requested extension.

2. In 2003, plaintiffs filed a motion seeking a preliminary and structural injunction and partial summary judgment in CFGC v. Winter, No. 99-2945 (RMU), and Adair v. Winter, No.00-566 (RMU). The Court denied the motion. [CFGC docket no. 184]. On interlocutory appeal, the D.C. Circuit reversed and remanded this Court's denial of plaintiffs' injunction motion. See CFGC v. England, 454 F.3d 290, 305 (D.C. Cir. 2006).

3. By Order dated February 13, 2007 [CFGC docket no. 245], the Court permitted the submission of supplemental briefing to address the issues remanded by the D.C. Circuit. The parties

completed briefing on those issues.

4.  On June 18, 2007, the Court issued an order consolidating <u>Adair</u>, <u>CFGC</u>, and <u>Gibson v. United States Navy</u>, No. 06-1696 (RMU), into this miscellaneous matter. <u>See</u> Order dated June 18, 2007 [<u>In re Navy Chaplaincy</u> docket no. 1]. The Court also denied without prejudice all pending motions and granted the parties leave to re-file them in this new miscellaneous action. <u>See id.</u> Plaintiffs renewed their motion for a preliminary injunction on July 10, 2007.

5.  Under LCvR 56.1(c) and Federal Rule of Civil Procedure 6(e), defendants' response to plaintiffs' renewed motion is due Friday, July 20, 2007.

6.  Undersigned counsel has pre-existing deadlines to file briefs or motions in other cases on July 20, 2007, the same day defendants' opposition here is due, and on the following Friday, July 27, 2007. Defendants request an extension of three days – until Wednesday, July 25, 2007 – in order to prepare and serve an appropriate response to plaintiffs' renewed motion and accommodate these other pre-existing deadlines.

7.  Defendants have not requested any previous extensions in the briefing on this renewed motion.

8.  Defendants are aware of no prejudice to any party that would result from the grant of this motion.

Accordingly, for the foregoing reasons, defendants, with the consent of the plaintiffs, respectfully request that the Court extend by three days the time for defendants to file their response to Plaintiffs' Renewed Motion for a Preliminary Injunction Following Remand Addressing Defendants' Denominational Preference in Retaining Catholic Chaplains on Active Duty Past Their Statutory Separation Ages, the new deadline being Wednesday, July 25, 2007.

A proposed order granting this motion is submitted herewith.

Dated: July 16, 2007				Respectfully submitted,

						PETER D. KEISLER
						Assistant Attorney General

						JEFFREY A. TAYLOR
						United States Attorney

						VINCENT M. GARVEY
						Deputy Branch Director

						       /S/
Of Counsel:					MICHAEL HYDE
Lieutenant Katherine Pasieta			CHRISTOPHER HALL
Lieutenant Sergio Sarkany			DANIEL BENSING
Office of the Judge Advocate General		Trial Attorneys
Department of the Navy				Federal Programs Branch, Civil Division
Washington Navy Yard, Bldg. 33			U.S. Department of Justice
1322 Patterson Ave., S.E., Suite 3000		P.O. Box 883
Washington, D.C.  30274-5066			20 Massachusetts Ave., N.W., Room 7132
						Washington, D.C. 20044
						Telephone: (202) 514-2205
						Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2007, a true and correct copy of the foregoing Defendants' Consent Motion for a Three Day Extension of Time to Respond to Plaintiffs' Renewed Motion for a Preliminary Injunction and a proposed order were served by the Court's ECF system upon the following:

      Arthur A. Schulcz, Sr., Esq.
      2521 Drexel Street
      Vienna, VA 22180
      Counsel for plaintiffs

                    /S/
              MICHAEL Q. HYDE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| NAVY CHAPLAINCY : | |
| : | Misc. Action No. 07mc269 (RMU) |
| : | |
| _____: | |

[Proposed] **ORDER**

Upon consideration of Defendants' Consent Motion for a Three Day Extension of Time to Respond to Plaintiffs' Renewed Motion for a Preliminary Injunction , and good cause having been shown, it is by this Court hereby

ORDERED that the motion is GRANTED and that the deadline for defendants to respond to Plaintiffs' Renewed Motion for a Preliminary Injunction Following Remand Addressing Defendants' Denominational Preference in Retaining Catholic Chaplains on Active Duty Past Their Statutory Separation Ages [docket no. 3] is extended by three days to Wednesday, July 25, 2007.

DONE, this _____ day of _____, 2007.

_____
RICARDO M. URBINA
United States District Judge