# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: NAVY CHAPLAINCY | ) | 1: 07-mc-269 (RMU) |
| | ) | |

## ERRATA TO
### EXPERT'S DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION TO RECONSIDER ORDER  DENYING APPEAL OF MAGISTRATE JUDGE'S ORDER AND FOR  A PROTECTIVE ORDER AGAINST DISCOVERY OF SELECTIVE-EARLY RETIREMENT BOARD DELIBERATIONS

On 7/23/07, plaintiffs submitted their Opposition to Defendants' Renewed Motion to

Reconsider Order  Denying Appeal of Magistrate Judge's Order and for a Protective Order

Against Discovery of Selective-early Retirement Board Deliberations.  Plaintiffs" Exhibit 6, the

Expert Declaration of Harald R, Leuba, PhD, supported Plaintiffs' Opposition.  Reviewing his

Declaration's data , he found an inadvertent error in one cell entry in Table 6, "Comparison of

SER Board Decisions, Chaplains as Members vs Admirals as Members, Repeated Exposure to

SER."  Dr. Leuba's attached Errata  provides the correction, and explains that the error does not

change the argument; the differences between chaplains versus Admirals as board members as

reflected in their selection rates is statistically significant beyond three standard deviations.  ¶ 8.

Respectfully submitted,

Dated: August 1, 2007

    /S/ Arthur A. Schulcz, Sr.
ARTHUR  A. SCHULCZ, Sr.
D.C. Bar No. 453402
Counsel for *Navy Chaplaincy* Plaintiffs
2521 Drexel Street
Vienna, VA 22180
703-645-4010

Of Counsel:
Douglas McKusick, Esq.
THE RUTHERFORD INSTITUTE
P.O. Box 7482
Charlottesville, VA 22906-7482

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| | ) |
| IN RE: NAVY CHAPLAINCY | )    Case No. 1: 07-mc-269 (RMU) |
| | ) |

## Errata
### Selective Early Retirement Boards (SER)
### Compound Religious Discrimination
### in the U.S. Navy Chaplain Corps

### Declaration by Harald R. Leuba, PhD

**Correction:**

1    Less than two weeks ago, on July 18, 2007, I issued a Declaration on religious discrimination in Involuntary Retirement decisions by SER boards.  Subsequently, in reviewing the data underlying that report, I noticed that one cell entry had been carried incorrectly from an intermediary tally.

2    The error is embarrassing, but not material.

3    But for the arrows I have inserted here to highlight the location of the error, Table 6 in that report was:

**TABLE 6**
**Comparison of SER Board Decisions**
**Chaplains as Members vs Admirals as Members**
**Repeated Exposure to SER**

| Number of Appearances | Chaplains on Board | | | Admirals on Board | | |
|---|---|---|---|---|---|---|
| | Number of Chaplains | Number Selected | Selection Rate | Number of Chaplains | Number Selected | Selection Rate |
| 1 | 50 | 10 | 20.0 % | 136 | 30 | 22.1% |
| 2 | 26 | 9 | 34.6% | 37 | 4 | 10.8% |
| 3 | 19 | 5 | 26.3% | 5 | 0 | 0.0% |
| 4 | ⇒⇒ 3 ⇐⇐ | 3 | 100% | | | |
| 5 | 4 | 1 | 25.0% | | | |
| 6 | 1 | 0 | - | | | |
| more than 1 | 53 | 18 | 34.0% | 42 | 4 | 9.5% |

4    Table 6 should be:

**TABLE 6**
**Comparison of SER Board Decisions**
**Chaplains as Members vs Admirals as Members**
**Repeated Exposure to SER**

| Number of Appearances | Chaplains on Board | | | Admirals on Board | | |
|---|---|---|---|---|---|---|
| | Number of Chaplains | Number Selected | Selection Rate | Number of Chaplains | Number Selected | Selection Rate |
| 1 | 50 | 10 | 20.0 % | 136 | 30 | 22.1% |
| 2 | 26 | 9 | 34.6% | 37 | 4 | 10.8% |
| 3 | 19 | 5 | 26.3% | 5 | 0 | 0.0% |
| 4 | 9 | 3 | 33.0% | | | |
| 5 | 4 | 1 | 25.0% | | | |
| 6 | 1 | 0 | - | | | |
| more than 1 | 59 | 18 | 30.5% | 42 | 4 | 9.5% |

5    The argument from the table is unaffected; *a priori* one expects the percent selected-out to decrease as the number of prior appearances before a SER boards rises.  Outstanding officers would continue to be outstanding, and would be promoted (out of this SER pool).

6    It remains un-surprising then, that when Admirals judged Chaplain Officers who have been evaluated by a SER before, and been retained, the retained Officers tended to be retained again. The Admirals kept more than 90% of the Officers that were exposed to SER more than once.

7    On the other hand, it is surprising that the Chaplains retained on Active Duty, barely two-thirds of the Officers who survived earlier SER reviews (see Table 6.)  The Chaplains behaved differently than the Admirals.

8    This difference is still statistically significant beyond three standard deviations; $p < .01$ (Pearson Chi Square or Yates Chi Square, with a correction for discontinuity and a one tailed test.)

## CERTIFICATION

9    I certify under the penalties of perjury that: (a) this is my work, (b) I am competent to analyze this data, and (c) the conclusions represented here are both (i) independently arrived at and (ii) true, complete, accurate and scientifically certain to the best of my knowledge and belief.
 /S/ Harald R. Leuba,          31 July 07
Harald R. Leuba , PhD       July 31,  2007