IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : <br> NAVY CHAPLAINCY : <br> : Misc. Action No. 07mc269 (RMU) <br> : <br> _____: | |

**JOINT MOTION AND SUPPORTING POINTS
OF AUTHORITIES TO AMEND STAY PENDING APPEAL**

The parties respectfully move to amend the stay in Gibson to specifically state that the deadline in Gibson v. United States Navy, No. 1:06cv1696, for defendants to respond to the Complaint is postponed until further order of the Court, in light of plaintiffs' Petition for a Writ of Mandamus to the Court of Appeals for the D.C. Circuit challenging this Court's June 18, 2007 Order denying their motion to re-transfer this case to the U.S. District Court for the Northern District of Florida and granting defendants' motion to consolidate Gibson with CFGC v. Winter, No. 1:99cv2945, and Adair v. Winter, No. 1:00cv566. The reasons for this motion are set forth below:

1. Plaintiffs filed Gibson in the U.S. District Court for the Northern District of Florida on April 28, 2006.

2. Defendants moved to transfer Gibson to this Court, arguing that the case is related to two cases already pending before this Court and consolidated for pretrial purposes – CFGC and Adair. The District Court for the Northern District of Florida granted defendants' motion to transfer on August 17, 2006. Plaintiffs unsuccessfully appealed that decision to the U.S. Court of Appeals for the 11th Circuit and the Supreme Court. Gibson was entered on this Court's docket on September 29, 2006.

3. By Minute Order dated November 7, 2006, this Court stayed Gibson "pending the

filing and resolution of (1) a motion by the defendants to consolidate . . . and (2) the plaintiffs' petition for Supreme Court review of the Order of the U.S. District Court for the Northern District of Florida transferring this case to the U.S. District Court for the District of Columbia." Defendants filed a motion to consolidate in CFGC and Adair on February 6, 2007. [CFGC docket no. 243].

4.      By Minute Order on March 1, 2007, the Court amended the stay to allow plaintiffs to file a motion to re-transfer Gibson to the Northern District of Florida. Plaintiffs filed their motion to re-transfer on March 15, 2007. [Gibson docket no. 15].

5.      On June 18, 2007, the Court denied plaintiffs' motion to transfer and granted defendants motion to consolidate. [Gibson docket no. 11; In re Navy Chaplaincy docket no. 1]. The Court's Order did not address the stay in Gibson. The Court permitted the parties, including the Gibson plaintiffs, to re-file pending motions in In re Navy Chaplaincy, but did not address deadlines for any other pre-trial matters in Gibson.

6.      Plaintiffs filed a Petition for Writ of Mandamus with the D.C. Circuit on or about August 15, 2007, challenging this Court's Order denying their motion to transfer and granting defendants' motion to consolidate. That petition is pending.

7.      In the parties' view, defendants' response to the Gibson Complaint, which would require further proceedings before this Court, should await the D.C. Circuit's decision on plaintiffs' petition.

Accordingly, the parties jointly move this Court to amend its stay in Gibson to specifically state that the deadline for defendants to respond to the Complaint is postponed until further order of the Court.

A proposed order granting this motion is submitted herewith.

                    Respectfully submitted,

Dated: September ___, 2007         FOR PLAINTIFFS:

                    _____
                    ARTHUR A. SCHULCZ, SR.
                    2521 Drexel St.
                    Vienna, VA 22180
                    703-645-4010
                    Attorney for plaintiffs

                    FOR THE DEFENDANTS:

Dated: September 21, 2007         Respectfully submitted,

                    PETER D. KEISLER
                    Assistant Attorney General

                    JEFFREY A. TAYLOR
                    United States Attorney

                    VINCENT M. GARVEY
                    Deputy Branch Director

                       /S/_____

Of Counsel:                   MICHAEL HYDE
Lieutenant Katherine Pasieta       CHRISTOPHER HALL
Lieutenant Sergio Sarkany          DANIEL BENSING
Office of the Judge Advocate General  Trial Attorneys
Department of the Navy            Federal Programs Branch, Civil Division
Washington Navy Yard, Bldg. 33     U.S. Department of Justice
1322 Patterson Ave., S.E., Suite 3000  P.O. Box 883
Washington, D.C. 30274-5066        20 Massachusetts Ave., N.W., Room 7132
                                          Washington, D.C. 20044
                                          Telephone: (202) 514-2205
                                          Attorneys for Defendants

A proposed order granting this motion is submitted herewith.

Respectfully submitted,

Dated: September 21, 2007

FOR PLAINTIFFS:

*/s/ Arthur A. Schulcz, Sr.*
ARTHUR A. SCHULCZ, SR.
2521 Drexel St.
Vienna, VA 22180
703-645-4010
Attorney for plaintiffs

FOR THE DEFENDANTS:

Dated: September 21, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

/S/
MICHAEL HYDE
CHRISTOPHER HALL
DANIEL BENSING
Trial Attorneys
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20044
Telephone: (202) 514-2205
Attorneys for Defendants

Of Counsel:
Lieutenant Katherine Pasieta
Lieutenant Sergio Sarkany
Office of the Judge Advocate General
Department of the Navy
Washington Navy Yard, Bldg. 33
1322 Patterson Ave., S.E., Suite 3000
Washington, D.C. 30274-5066

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 21, 2007, I caused a true and correct copy of the foregoing Joint Motion and Supporting Points of Authorities to Amend Stay Pending Appeal to be served by the Court's ECF system upon the following:

>Arthur A. Schulcz, Sr., Esq.
>2521 Drexel Street
>Vienna, VA 22180
>Counsel for plaintiffs

                                   /S/
                            MICHAEL Q. HYDE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>NAVY CHAPLAINCY | :<br>:<br>:  Misc. Action No. 07mc269 (RMU)<br>:<br>: |

[proposed] **ORDER**

Upon consideration of the parties' Joint Motion and Supporting Points Of Authorities to Amend Stay Pending Appeal, it is by this Court hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED that the deadline in <u>Gibson v. United States Navy</u>, No. 1:06cv1696, for defendants to respond to the Complaint is postponed until further order of the Court.

Dated: _____

_____
RICARDO M. URBINA
United States District Judge