IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE:
NAVY CHAPLAINCY

Misc. Action No. 07mc269 (RMU)

**ORDER**

Upon consideration of the parties' Joint Motion and Supporting Points Of Authorities to Amend Stay Pending Appeal, it is by this Court hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED that the deadline in <u>Gibson v. United States Navy</u>, No. 1:06cv1696, for defendants to respond to the Complaint is postponed until further order of the Court.

Dated: 9/24/07

RICARDO M. URBINA
United States District Judge