UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: NAVY CHAPLAINCY             :         Misc. Action No.: 07-0279 (RMU)
                                                             :
_____:        Document No.: 2

**ORDER**

**GRANTING THE DEFENDANTS' MOTION TO RECONSIDER
AND REQUEST FOR PROTECTIVE ORDER**

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 1st day of October, 2007, it is hereby

**ORDERED** that the defendant's motion for reconsideration is **GRANTED** and that the Court's Order and Opinion dated September 11, 2006 [*CFGC v. Winter*, No. 99-2945, docket nos. 234-35; *Adair v. Winter*, No. 00-566, docket nos. 173-74] and Magistrate Judge Facciola's March 8, 2006 Opinion and Order [*CFGC* docket nos. 215, 216; *Adair* docket nos. 151, 152] are vacated, and it is

**FURTHER ORDERED** that plaintiffs shall not be entitled to take discovery of the deliberations of any Navy Chaplain Corps selective early retirement boards; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
