UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: NAVY CHAPLAINCY : | Misc. Action No.: 07-0269 (RMU) |
| : | |
| _____ : | Document No.: 3 |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 15th day of October, 2007, it is hereby

**ORDERED** that the plaintiffs' motion for a preliminary injunction is **DENIED**; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge