# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: NAVY CHAPLAINCY | ) ) ) ) ) | Case No. 1: 07-mc-269 (RMU) |

## NOTICE OF APPEAL

Notice is hereby given that all the plaintiffs in the above consolidated case except *Adair v. Winter* plaintiff Ronald Tomlin[1] hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court Denying the Plaintiffs' Motion for a Preliminary Injunction entered in this action on October 15, 2007.

Respectfully submitted,

Dated: October 25, 2007

/S/ Arthur A. Schulcz, Sr.
ARTHUR A. SCHULCZ, Sr.
D.C. Bar No. 453402
Counsel for Plaintiffs
2521 Drexel Street
Vienna, VA 22180
703-645-4010

Of Counsel:
Douglas McKusick, Esq.
THE RUTHERFORD INSTITUTE
P.O. Box 7482
Charlottesville, VA 22906-7482

---

[1] On June 18, 2007, the District Court consolidated into the above captioned case three chaplain cases: *Chaplaincy of Full Gospel Churches v. Winter*, 99-cv-2945 (RMU); *Adair v. Winter*, 00-cv-566 (RMU) and *Gibson v. U.S. Navy*, 06-cv-1696 (RMU). Plaintiffs in these three suits are 66 Navy chaplains and two chaplain endorsing agencies. Chaplain Tomlin has requested dismissal after a separate suit in the U.S. Court of Federal Claims resulted in his promotion to Commander, addressing his grievance. The parties have not yet agreed on language addressing his dismissal.