IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: NAVY CHAPLAINCY | Case No. 1: 07-mc-269 (RMU) |
| and | |
| ROBERT H. ADAIR, et al., | |
| v. | Case No. 1: 00-cv-00566 (RMU) |
| THE HON. DONALD C. WINTER, et al., | |

**JOINT MOTION TO DROP PLAINTIFF AND DISMISS HIS CLAIMS
AND
MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 21 and based upon the parties' agreement, the parties jointly move the Court to drop Ronald Tomlin as a plaintiff in Adair v. Winter, Civil Action No. 01:00cv566, which is consolidated in the case of In re Navy Chaplaincy, 07-mc-269, with prejudice and, as to Adair plaintiff Tomlin, to dismiss him as a plaintiff and all of his claims therein with prejudice.

Federal Rule of Civil Procedure 21 states that "[p]arties may be dropped or added by order of the Court on motion of any party or of its own initiative at any stage of the action and on such terms as are just." The rule applies in the absence of misjoinder and non-joinder. James Wm. Moore, et al, Moore's Federal Practice, § 21.02 (3d ed. 1999); *see also id.*, § 21.05 ("Rule May Apply for Reasons Other than Misjoinder or Non-joinder"). The parties have agreed to the dismissal with prejudice as to Adair plaintiff Tomlin together with all of his claims in Adair and In re Chaplaincy. Because the parties have agreed to such a dismissal with prejudice, a Court

order dropping Tomlin as a plaintiff from this action and from <u>Adair</u> on the condition of a dismissal with prejudice of these actions as to him and all of his claims is just.

          Respectfully submitted,

          For the Plaintiffs

November 16, 2007
          <u>/S/  Arthur A. Schulcz, Sr.</u>
          The Law Office of Arthur A. Schulcz, Sr.
          ARTHUR A. SCHULCZ, SR.
          D.C. Bar No. 453402
          Counsel for the Plaintiffs
          2521 Drexel Street
          Vienna, VA 22180
          703-645-4010
          <u>For the Defendants:</u>

November 16, 2007
          PETER D. KEISLER
          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          VINCENT M. GARVEY
          Deputy Branch Director


          <u>/S/ Michael Q. Hyde</u>
Of Counsel:          MICHAEL Q. HYDE
Lieutenant Katherine Pasieta          CHRISTOPHER R. HALL
Lieutenant Sergio Sarkany          Federal Programs Branch, Civil Division
Office of the Judge Advocate General          U.S. Department of Justice
Department of the Navy          P.O. Box 883
Washington Navy Yard, Bldg 33          20 Massachusetts Ave., N.W., Room 7128
1322 Patterson Ave., S.E., Suite 3000          Washington, D.C. 20044
Washington, D.C.  30274-5066          Telephone: (202) 514-2205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: NAVY CHAPLAINCY ) | Misc.Action No. 1: 07-mc-269 (RMU) |
| ) | |
| ) and | |
| ROBERT H. ADAIR, et al., ) | |
| ) | |
| v. ) | Case No. 1: 00-cv-00566 (RMU) |
| ) | |
| THE HON. DONALD C. WINTER, et al., ) | |

[Proposed] **ORDER**

The Court has received and reviewed the parties' joint motion, pursuant to Federal Rule of Civil Procedure 21, to drop Ronald Tomlin as a plaintiff in <u>Adair v. Winter</u>, Civil Action No. 01:00cv566, which is consolidated into <u>In re Navy Chaplaincy</u>, 07-mc-269, with prejudice and, as to <u>Adair</u> plaintiff Tomlin, to dismiss him from these actions and all of his claims therein with prejudice. Good cause having been shown, it is

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED the pursuant to Federal Rule of Civil Procedure 21, Ronald Tomlin, a plaintiff in <u>Adair v. Winter</u>, Civil Action No. 01:00cv566, which is consolidated into <u>In Re Navy Chaplaincy</u>, 07-mc-269, is dropped as a plaintiff with prejudice, and

IT IS FURTHER ORDERED that <u>Adair</u> plaintiff Ronald Tomlin and all of his claims therein are DISMISSED from these actions with prejudice.

DONE, this _____ day of _____, 2007.

_____
RICARDO M. URBINA
United States District Judge