# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: NAVY CHAPLAINCY | ) ) ) ) ) | Case No. 1: 07-mc-269 (RMU) |

### JOINT MOTION FOR AN ORDER SETTING A BRIEFING SCHEDULE

The parties jointly and respectfully move for an Order establishing a schedule for the following motions and pleadings in the above captioned case. The proposed schedule and the respective issues are as follows:

Date:           Action

7/18/08         Deadline for plaintiffs to move to alter or amend portions of the Court's 1/10/02 Order, *see Adair v. England*, 183 F.Supp.2d 31 (D.D.C. 2002), under Fed. R. Civ. P. 54(b), or in the alternative, for entry of a final judgment on the dismissed claims under Fed. R. Civ. P. 54(b) (the "Rule 54 Motion").

8/18/08         Deadline for *Gibson* plaintiffs to file an amended Complaint under Fed. R. Civ. P. 15(a); deadline for *Chaplaincy of Full Gospel Churches v. Winter* and *Adair v. Winter* ("*CFGC/Adair*") plaintiffs to move to amend their Complaints under Fed. R. Civ. P. 15(b).

8/29/08         Deadline for defendants to file their opposition to plaintiffs' Rule 54 Motion.

9/19/08         Deadline for defendants to file an opposition to the *CFGC/Adair* plaintiffs' motion to amend their Complaint.

9/22/08         Deadline for plaintiffs to file their reply to defendants' opposition to plaintiffs'

|          |                                                                                                          |
|----------|----------------------------------------------------------------------------------------------------------|
|          | Rule 54 motion.                                                                                          |
| 10/15/08 | Deadline for plaintiffs to file their reply to defendants' opposition to *CFGC/Adair*'s motion to amend their Complaint. |
| 10/17/08 | Deadline for defendants to file their response to the amended *Gibson* Complaint.                        |
| 11/19/08 | If defendants file a motion in response to the amended *Gibson* Complaint, deadline for plaintiffs to file their opposition. |
| 12/19/08 | If defendants file a motion in response to the amended *Gibson* Complaint, deadline for defendants file their reply to plaintiff's opposition. |

Respectfully submitted,

Dated: July 16, 2008

FOR PLAINTIFFS:

/S/ Arthur A. Schulcz, Sr.
Arthur A. Schulcz, Sr.
2521 Drexel St.
Vienna, VA 22180
703-645-4010
Attorney for plaintiffs


FOR THE DEFENDANTS:

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

| | |
|---|---|
| Dated: July 16, 2008 | /S/ Michael Q. Hyde |
| | MICHAEL Q. HYDE |
| Of Counsel: | CHRISTOPHER R. HALL |
| Lieutenant Katherine Pasieta | Federal Programs Branch, Civil Division |
| Office of the Judge Advocate General | U.S. Department of Justice |
| Department of the Navy | P.O. Box 883 |
| Washington Navy Yard, Bldg 33 | 20 Massachusetts Ave., N.W., Room 7132 |
| 1322 Patterson Ave., S.E., Suite 3000 | Washington, D.C. 20044 |
| Washington, D.C.  30274-5066 | Telephone: (202) 514-2205 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: NAVY CHAPLAINCY | ) ) ) ) ) | Case No. 1: 07-mc-269 (RMU) |

**[PROPOSED] ORDER SETTING A BRIEFING SCHEDULE**

Before the Court is the Joint Motion by the parties for an order establishing a briefing schedule including plaintiffs' amendment of and defendants' response to the complaint in *Gibson v. U.S. Navy*, 06-cv-1696, which the Court has consolidated into *In re Navy Chaplaincy*. It appears to the Court the Motion is in the interest of justice and necessary to advance the case. Accordingly, the Court GRANTS the parties' motion and establishes the following briefing schedule:

| Date: | Action |
|---|---|
| 7/18/08 | Deadline for plaintiffs to move to alter or amend portions of the Court's 1/10/02 Order, *see Adair v. England*, 183 F.Supp.2d 31 (D.D.C. 2002), under Fed. R. Civ. P. 54(b), or in the alternative, for entry of a final judgment on the dismissed claims under Fed. R. Civ. P. 54(b) (the "Rule 54 Motion"). |
| 8/18/08 | Deadline for *Gibson* plaintiffs to file an amended Complaint under Fed. R. Civ. P. 15(a); deadline for *Chaplaincy of Full Gospel Churches v. Winter* and *Adair v. Winter* ("*CFGC/Adair*") plaintiffs to move to amend their Complaints under Fed. R. Civ. P. 15(b). |
| 8/29/08 | Deadline for defendants to file their opposition to plaintiffs' Rule 54 Motion. |
| 9/19/08 | Deadline for defendants to file an opposition to the *CFGC/Adair* plaintiffs' |

|  |  |
|---|---|
| | motion to amend their Complaint. |
| 9/22/08 | Deadline for plaintiffs to file their reply to defendants' opposition to plaintiffs' Rule 54 motion. |
| 10/15/08 | Deadline for plaintiffs to file their reply to defendants' opposition to *CFGC/Adair*'s motion to amend their Complaint. |
| 10/17/08 | Deadline for defendants to file their response to the amended *Gibson* Complaint. |
| 11/19/08 | If defendants file a motion in response to the amended *Gibson* Complaint, deadline for plaintiffs to file their opposition. |
| 12/19/08 | If defendants file a motion in response to the amended *Gibson* Complaint, deadline for defendants file their reply to plaintiff's opposition. |

It is so ORDERED, this _____ the day of_____, 2008.

_____
RICARDO M. URBINA
U.S. DISTRICT COURT JUDGE